UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANDREW JOHN STANKEVICH                                          PLAINTIFF

V.                                         CIVIL ACTION NO. 3:25-CV-150-KHJ-MTP

DEBORA SOLER MUNCZEK                                    DEFENDANT

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [3] Report and Recommendation. The Court adopts it. The Court thus denies pro se Plaintiff Andrew John Stankevich's [2] Motion for Leave to Proceed *in forma pauperis*.

The Report concludes that Stankevich's "financial status should allow him to pay the filing fee in order to commence this action without undue hardship if given a reasonable amount of time to tender the requisite amount." [3] at 3. And so the Report recommends (1) denying Stankevich *in forma pauperis* status, (2) giving him 30 days to pay all the costs associated with filing this lawsuit, and (3) dismissing this action without prejudice and without further notice if he fails to timely pay those costs. [3] at 3–4.

When no party objects to a Magistrate Judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse-of-discretion, and contrary-to-law standard of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

The Report notified Stankevich that failure to file written objections within 14 days would bar further appeal in accordance with 28 U.S.C. § 636. [3] at 4. Stankevich did not object to the Report, and the time to do so has passed. The Court finds that the Report is not clearly erroneous, an abuse of discretion, or contrary to law. So the Court adopts the Report as the opinion of this Court.

The Court has considered all arguments. Those not addressed would not have changed the outcome. For the stated reasons, the Court ADOPTS Magistrate Judge Michael T. Parker's [3] Report and Recommendation and DENIES pro se Plaintiff Andrew John Stankevich's [2] Motion for Leave to Proceed *in forma pauperis*. Stankevich has 30 days from the entry of this Order to pay all the costs associated with filing this lawsuit to the Clerk of Court, United States District Court, 501 East Court Street, Suite 2.500, Jackson, Mississippi 39201. The payment must include a written explanation that it is being submitted as payment of the filing fee in this case, No. 3:25-CV-150-KHJ-MTP, on behalf of pro se Plaintiff Andrew John Stankevich. If the filing fee is not received within the 30-day period, the Court will dismiss this case without prejudice and without further notice.

SO ORDERED, this 25th day of March, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE